**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:                                                            CASE NO.  19-52190

**ROBERT HALL, LLC**

**DEBTOR**

**STATUS REPORT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes Mark T. Miller, Trustee herein and for his response to the Order for status report and states as follows:

The Bankruptcy Estate includes real property which is unencumbered.  An auction will be scheduled once it is reasonably safe to do so.

Dated: June 20, 2020                              Respectfully submitted,

                                                       /s/ Mark T. Miller
                                                       Mark T. Miller, Trustee
                                                       300 ½ West Maple Street
                                                       Nicholasville, Kentucky 40356
                                                       (859) 887-1087
                                                       arthur100@windstream.net